UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN -3 A 11: 06
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| ACCREDITED SURETY AND CASUALTY COMPANY, INC., *Plaintiff* | : | CIVIL ACTION |
| | : | NO. 3:00CV2439(TPS) |
| V. | : | |
| STATE OF CONNECTICUT *Defendant* | : | JUNE 2, 2004 |

### APPEARANCE

Please enter the appearance of:

>Anne O. Holley
>Assistant State's Attorney
>Office of the Chief State's Attorney
>Asset Forfeiture Bureau/Bond Forfeiture Unit
>300 Corporate Place
>Rocky Hill, CT   06067
>Phone: (860) 258-5810
>Fax: (860) 258-5848
>Federal Bar No. ct 03097

for the Defendant in lieu of Angela R. Macciarulo and David M. Kutzner.

*Anne O. Holley*
Anne O. Holley
Assistant State's Attorney

### CERTIFICATION

I hereby certify that a copy of this document was mailed postage paid, first class mail on this 2nd day of June, 2004 to : Michael A. Georgetti, Esquire, 67 Russ Street, Hartford, Connecticut 06106-1523.

*Anne O. Holley*
Anne O. Holley
Assistant State's Attorney