UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ACCREDITED SURETY AND CASUALTY COMPANY, INC., <br> Plaintiff, <br><br> VS. <br><br> STATE OF CONNECTICUT, <br> Defendant. | CASE NO.: 3:00CV 2439 (ACV) <br><br> STIPULATION OF DISMISSAL <br><br> WITHOUT PREJUDICE |

Now comes the Plaintiff in this action and hereby gives Notice to this Court, that pursuant to Rule 41 (a) (1) of the Fed. R. Civ. P., the parties hereby stipulate to a dismissal, without prejudice, in the above referenced action.

Plaintiff,
Accredited Surety and Casualty Company, Inc.

8/20/04
Date

By _____
Michael A. Georgetti, Esq.
67 Russ Street
Hartford, Connecticut 06106-1523
Telephone: (860) 549-4451
Federal Bar # ct. 05511

DEFENDANT,
State of Connecticut

8/13/04
Date

By _____
Anne O. Holly, Esq.
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
Telephone: (860) 258-5887
Federal Bar # ct.03097

September 1, 2004.  SO ORDERED.
Alfred V. Covello, U.S.D.J.